IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COBY BARROW,<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, and  HP TRANSPORT, LLC,<br><br>Defendants. | **8:26CV105**<br><br><br>**CASE CONFERENCE INSTRUCTIONS** |

To facilitate conferences with Magistrate Judge DeLuca, <u>unless the court's order states otherwise</u>, the parties shall use the following instructions and codes assigned to this case:

CASE CONFERENCE INSTRUCTIONS – WEBEX

For **Telephone Conferences** only (e.g., conferences on completing Rule 26(f) reports, case progression issues, pre-motion discovery disputes, etc.):

Dial 1-855-244-8681.

Enter the access code 2301 730 4291.

1

Dated this 10th day of April, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge